# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AIMEE DAVIS : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | No. 17-1381 |
| : | |
| CITY OF PHILADELPHIA, et al. : | |
| Defendants. : | |

# ORDER

This 5th day of January, 2018, it is hereby **ORDERED** that the Motions to Dismiss filed by Defendants City of Philadelphia (ECF No. 7) and Dr. Jonathan Cohen (ECF No. 18) are **DENIED**, except that any claim by Plaintiff against the City of Philadelphia that is based on a theory of vicarious liability is **DISMISSED** with prejudice.

    /s/ Gerald Austin McHugh
United States District Judge